1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                            SEATTLE DIVISION

10   NICOLE MURPHY,                      | Civil No. C21-5367-SKV

11          Plaintiff,

12   v.                                  | [PROPOSED] ORDER

13   COMMISSIONER OF SOCIAL SECURITY,

14          Defendant.

15          Based on the stipulation of the parties, it is ORDERED that Commissioner's decision in

16   regard to Plaintiff's application for disability insurance benefits under Title II of the Social

17   Security Act be REVERSED AND REMANDED to the Commissioner of Social Security for a

18   new hearing and a new decision by an Administrative Law Judge (ALJ), leaving the

19   Commissioner's decision regarding Plaintiff's application for Supplemental Security Income

20   benefits under Title XVI of the Social Security Act undisturbed.  On remand, the ALJ will re-

21   evaluate the severity of Plaintiff's impairments, including her seizures; reconsider medical

22   opinions of record and prior administrative findings, consistent with 20 C.F.R. § 404.1520c;

23   reassess Plaintiff's residual functional capacity, consistent with 20 C.F.R. § 404.1545, Social

24   Security Ruling (SSR) 85-15, and SSR 96-8p; ensure a significant number of jobs are available

Page 1        ORDER - [C21-5367-SKV]

or exist in the national and/or regional economy that the claimant can still perform, given her age, education, work experience, and residual functional capacity; and proceed with the sequential evaluation as necessary.

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 24th day of January 2022.


S. KATE VAUGHAN
United States Magistrate Judge


Presented by:

s/ Heidi L. Triesch
HEIDI L. TRIESCH
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3748
Fax: (206) 615-2531
heidi.triesch@ssa.gov